-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STEPHEN A. MENZ,

        Plaintiff,

        -v-

DR. KAREN WIENIER;
DAVID SZQUILT, primary therapist;
KRISTINIA WASHINGTON, caseworker;
PATRICK TERMINIERIA, case worker;
DR. JOY CORASEL; JOHN WEGMAN
and STRONG TIES, Operating Outpatient Licensing
Number by the New York State of Mental Health;

        Defendants.
_____

DECISION AND ORDER
05-CV-6743T(F)

Plaintiff *pro se* Stephen Menz was permitted to amend his complaint to attempt to state a cause of action. The Court has reviewed plaintiff's amended complaint. The amended complaint is dismissed pursuant to 28 U.S.C. § 1915 because it fails to state a cause of action cognizable in this Court.

Plaintiff has provided more details of the concerns he wishes to address. The Court has reviewed the information provided on the complaint form supplied by the Court, the information on various unattached papers, and the information written by plaintiff on the covers and backs of various pamphlets and books filed with the amended complaint. Although the amended complaint is written in a manner that is frequently inscrutable, all of the information provided makes clear that plaintiff has failed to state a cause of action against any defendant.

The Federal District Court is a court of limited jurisdiction and the only cases it can consider are cases over which it has been given jurisdiction. The Court does not express an opinion about whether any of the claims plaintiff raises concerning the quality of his care or the confidentiality of his medical records could form the basis of a complaint in another forum. However, plaintiff was granted an opportunity to amend the complaint to make clear the nature of his complaints and to attempt to state a claim, and plaintiff has failed to raise an issue that can be considered in this Court.

For the reasons set forth above, plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B.)

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: April 11, 2006
Rochester, New York